[L. A. No. 12147. In Bank.—July 18, 1930.]

T. G. KENNEDY, Petitioner, v. W. S. KINGSBURY, Surveyor-General, etc., Respondent.

Charles A. Son and Wilbert Morgrage for Petitioner.

U. S. Webb, Attorney-General, and Charles A. Wetmore, Deputy Attorney-General, for Respondent.

THE COURT.—The questions presented in this case are identical with those presented in *Kelley* v. *Kingsbury*, (L. A. No. 12146), *ante*, p. 37 [290 Pac. 885], this day decided. ▮ Upon the authority of that case the alternative writ is discharged, the prayer for a peremptory writ is denied, and the proceeding is dismissed.

Langdon, J., deeming himself disqualified, did not participate.